**Robena Mary WATTS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 30151.

Court of Criminal Appeals of Texas.

Nov. 26, 1958.

M. Gabriel Nahas, Jr., Houston, for appellant.

Dan Walton, Dist. Atty., Thomas D. White and Monroe Northrop, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The conviction is for the possession of amphetamine; the punishment, 100 days in jail.

In the disposition of an appeal from a conviction for the possession of amphetamine in Harrell v. State, Tex.Cr.App., 314 S.W.2d 590, we said:

"We conclude that Art. 726c, Section 8, Vernon's Ann.P.C., insofar as it attempts to make the possession and delivery of amphetamine and desoxyephedrine and compounds thereof unlawful is void for indefiniteness and uncertainty."

The disposition in the Harrell case is here applicable and controlling.

The judgment is reversed and the prosecution ordered dismissed.

Opinion approved by the court.